TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00876-CR

NO. 03-99-00877-CR

Abraham Esquivel, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT

NOS. 0943666 & 0943676, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

PER CURIAM

Appellant's motions to dismiss these appeals are granted. See Tex. R. App. P.
42.2(a). The appeals are dismissed.

Before Justices Jones, Kidd and Yeakel

Dismissed on Appellant's Motion

Filed: September 21, 2000

Do Not Publish